■ Eugene Cam, as President of Equities Alliance Corporation, Doing Business as Sakia, et al., Respondents, v Mary Wood, Doing Business as Mary Wood Design Associates, et al., Appellants. [650 NYS2d 524] —Order and judgment (one

paper), Supreme Court, New York County (William McCooe, J.), entered on or about June 21, 1995, unanimously affirmed, without costs and disbursements. In doing so, we take no position as to any findings of fact or conclusion of law reached by the motion court. No opinion. Concur—Murphy, P. J., Milonas, Wallach, Rubin and Mazzarelli, JJ.